IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DORIS B. HALL GIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 623-027 |
| | ) |
| BLACK MAN CASHIER AT FRONT COUNTER; WHITE WOMAN STORE MANAGER; WALGREENS STORE, CLAXTON GA, number 17046; JUSTIN THOMAS, Pharmacy Manager; and 2 BLACK STORE WOMAN MANAGERS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 10). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this _18th_ day of July, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA